UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 31, 2020

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Arias-De Jesus, Dimas | Docket No. | 0980 2:19CR00156-001 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Curtis G. Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Dimas Arias-De Jesus, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 15th day of October 2019, under the following conditions:

**Standard Condition No. 1:** Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within 1 business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Service Officer in the captioned matter.

**Standard Condition No. 9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 12 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation No. 1:** It is alleged that Dimas Arias-De Jesus violated the conditions of his release be being arrested and charged with possession of heroin, methamphetamine, and drug paraphernalia on January 30, 2020.

On October 17, 2019, the probation officer reviewed the conditions of release with Mr. Arias. The defendant stated that he understood the conditions and signed a copy of them. He was also provided a copy of the release conditions.

On January 23, 2020, Mr. Arias was arrested by an officer with the Othello, Washington, Police Department. The defendant was contacted after the officer observed the defendant's car to be illegally parked. Mr. Arias was seated in the front passenger seat at the time of the contact. It was discovered that the defendant had an outstanding warrant from conduct that predated supervision. The vehicle was impounded after the police officer observed drug paraphernalia on the dashboard. On January 28, 2020, the vehicle was searched pursuant to an approved search warrant. Officers found methamphetamine and heroin between the front passenger seat and the center console. This probation officer's business card was also found in the vehicle. On January 30, 2020, Mr. Arias was arrested and charged with possession of heroin, methamphetamine and drug paraphernalia.

**Violation No. 2:** It is alleged that Dimas Arias-De Jesus violated the conditions of his release by possessing heroin and methamphetamine on January 23, 2020.

On October 17, 2019, the probation officer reviewed the conditions of release with Mr. Arias. The defendant stated that he understood the conditions and signed a copy of them. He was also provided a copy of the release conditions.

On January 23, 2020, Mr. Arias was arrested by an officer with the Othello, Washington, Police Department after he was contacted during a parked car complaint. Mr. Arias was seated in the front passenger seat at the time of the contact. It was discovered that the defendant had an outstanding warrant from conduct that predated supervision. The vehicle was impounded after the police officer observed drug paraphernalia on the dashboard. On January 28, 2020, the vehicle was

searched pursuant to an approved search warrant. Officers found methamphetamine and heroin between the front passenger seat and the console. On January 30, 2020, Mr. Arias was arrested and interviewed by an Othello police officer. During the interview, the defendant admitted to using methamphetamine approximately 4 days prior.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    January 31, 2020

by    s/Curtis G. Hare

Curtis G. Hare
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

M. K. Dimke

Signature of Judicial Officer

1/31/2020
Date